UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL NO. 572 HEALTH & WELFARE FUND and PLUMBERS & PIPEFITTERS LOCAL NO. 572 PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>TRINITY III MECHANICAL LLC,<br><br>Defendant. | Civil Action No. 3:12cv0112<br><br>*Judge Haynes* |

**REQUEST FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiffs hereby request the Clerk to enter the default of Trinity III Mechanical LLC (Trinity) pursuant to Fed. R. Civ. P. 55(a). In support, Plaintiffs states:

1) On January 27, 2012, this civil action was asserted against the Trinity (Docket Entry No. 1).

2) On February 1, 2012, copies of the complaint and summons were served upon Trinity and a return of service was filed with the Court on February 12, 2012 (Docket Entry No. 4).

3) Trinity is not an incompetent nor a minor.

4) Trinity is in default for failure to file an answer or otherwise defend.

*[Handwritten annotation:]* ORDER. Upon review of the record, this request was granted by the Clerk (3/5/12). Plaintiff has 30 days to state whether any further proceeding are necessary or may submit proof on outstanding request for relief.

/s/ [signature]
3-30-12

{004513/12111/00247714.DOCX / Ver.1}